NH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Francisco Rodriguez Laborin, | No.   CV-26-00328-PHX-SHD (ASB) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, et al., | |
| Respondents. | |

On January 19, 2026, Petitioner Francisco Rodriguez Laborin, who is represented by counsel, filed a Petition for Writ of Habeas Corpus Under § 2241 (Doc. 1) and a Motion for Temporary Restraining Order (Doc. 2).  On January 22, 2026, Petitioner filed a notice indicating he was removed from the United States.  (Doc. 6).  Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007) ("We hold that because Abdala's habeas claims challenged only the length of his detention . . . his grievance could no longer be remedied once he was deported.  His petition was thus rendered moot by his removal.").  The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** that Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are **dismissed** as moot.

///

///

///

**IT IS FURTHER ORDERED** that all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 26th day of January, 2026.

Honorable Sharad H. Desai
United States District Judge

- 2 -